# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:19-cv-02307

CARLOS BRITO,

    Plaintiff,

v.

HD DEVELOPMENT OF MARYLAND, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO and Defendant, HD DEVELOPMENT OF MARYLAND, INC., by and through their respective attorneys, submit this Joint Notice of Settlement as follows:

1. On March 11, 2020, the Parties reached a settlement wherein they have agreed to resolve the dispute that gave rise to this action.

2. The Parties have agreed that they will file a stipulated Motion for Dismissal with Prejudice within thirty (30) days of this Notice.

3. Therefore, the Parties request that the Court stay all pending deadlines in this matter.

Dated this 11th day of March, 2020.

    By: */s/Anthony J. Perez*
    ANTHONY J. PEREZ
    GARCIA-MENOCAL & PEREZ, P.L.
    1600 Broadway, Suite 1600
    Denver, CO 80202
    Telephone: (303) 386-7208
    Facsimile: (305) 553-3031
    Primary Email: ajperez@lawgmp.com;
    Secondary E-Mail: aquezada@lawgmp.com;
    ddunn@lawgmp.com
    *Attorneys for Plaintiff*

By: */s/ Gregory F. Hurley*
GREGORY F. HURLEY
Sheppard Mullin Richter & Hampton
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
Telephone: (714) 513-5100
Facsimile: (714) 428-5981
Email: ghurley@sheppardmullin.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 11th day of March, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com;
Secondary E-Mail: aquezada@lawgmp.com;
ddunn@lawgmp.com


By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ

2