# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:19-cv-02307

CARLOS BRITO,

    Plaintiff,

v.

HD DEVELOPMENT OF MARYLAND, INC.,

    Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Plaintiff, CARLOS BRITO and Defendant, HD DEVELOPMENT OF MARYLAND, INC., through its general counsel having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted this 6th day of April, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Gregory F. Hurley* |
| ANTHONY J. PEREZ | GREGORY F. HURLEY |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | SHEPPARD MULLIN RICHTER |
| 1600 Broadway | & HAMPTON |
| Denver, CO 80202 | 650 Town Center Drive, 4th Floor |
| Telephone: (303) 386-7208 | Costa Mesa, CA 92626-1993 |
| Facsimile: (305)553-3031 | Telephone: (714) 513-5100 |
| Primary Email: ajperezlaw@gmail.com | Facsimile: (714) 428-5981 |
| Secondary Email: aquezada@lawgmp.com; ddunn@lawgmp.com | Email: ghurley@sheppardmullin.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

        **GARCIA-MENOCAL, & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        GARCIA-MENOCAL & PEREZ, P.L.
        1600 Broadway
        Denver, CO 80202
        Telephone: (303) 386-7208
        Facsimile: (305)553-3031
        Primary Email: ajperezlaw@gmail.com
        Secondary Email: aquezada@lawgmp.com;
        ddunn@lawgmp.com

By: ___*/s/ Anthony J. Perez*_____
      ANTHONY J. PEREZ

2